UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID McGUIRE, | ) | CASE NO. 1:20-cv-00415 |
| | ) | |
| Petitioner, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| LYNEAL WAINWRIGHT, WARDEN, | ) | **JUDGMENT ENTRY** |
| | ) | |
| Respondent. | ) | |
| | ) | |

For the reasons set forth in the contemporaneously filed Memorandum Opinion and Order, David McGuire's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is denied. The petition is dismissed, and this case is closed.

The Court certifies that there is no basis on which to issue a certificate of appealability. 28 U.S.C. § 2253; Fed. R. App. P. 22(b).

**IT IS SO ORDERED.**

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE

**Date**: March 10, 2023

1